**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-2203**

———————————

LORIA ANN PATTERSON,

Plaintiff - Appellant,

versus

THE AMERICAN KENNEL CLUB, a/k/a American
Kennel Club, Incorporated,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge.  (CA-01-20-5-BR)

———————————

Submitted:  December 18, 2002      Decided:  January 10, 2003

———————————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Loria Ann Patterson, Appellant Pro Se.  Charles Matthew Keen, Sheri
Lea Roberson, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, Raleigh,
North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Loria Ann Patterson appeals the district court's order accepting the magistrate judge's recommendation to grant Defendant's motion for sanctions and dismiss her claims under the Equal Pay Act. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Patterson v. Am. Kennel Club</u>, No. CA-01-20-5-BR (E.D.N.C. Sept. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>